# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Martin Amador

                         Plaintiff,

v.                                            Case No.: 1:15−cv−08871

                                                        Honorable Milton I. Shadur

Gaona Landscaping, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 6, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 1/6/2016. This case is dismissed with leave to move to reinstate the case, to enforce the settlement agreement or to extend the next specified date on or before 2/11/2016. If no such timely motion is filed, then this dismissal will convert to a dismissal with prejudice on 2/12/2016. Status hearing set for 2/12/2016 at 09:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.